JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY BIRCH, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NATIONWIDE CREDIT, INC., a Georgia corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | **CASE NO.: 2:14-cv-08957-RGK (PLAx)**<br><br>**[~~PROPOSED~~] ORDER** |

**TO ALL PARTIES AND COUNSEL HEREIN:**

Based upon Plaintiff's request, the Court hereby orders the above-captioned matter dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: January 16, 2015

*/s/ Gary Klausner*
_____
JUDGE OF THE U.S. DISTRICT COURT